| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Bury, David C | 2. Court or Organization U.S. District Court - Arizona | 3. Date of Report Amended 3/23/2004 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse 405 W. Congress, Suite 6170 Tucson, Arizona 85701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate of ▮▮▮▮▮▮ member) |
| 2. | Partner | Rental Property #1 |
| 3. | Partner | Rental Property #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/02/02 | Bury,Moeller,Humphrey & O'Meara Profit Sharing Plan (no control) |
| 2. | 2000 | Moeller,Gage Employment Agreement (Monthly payments for interest in former law firm) |

RECEIVED Aug 30 11 32 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|------|-----------------|-----------|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bury,Moeller,Humphrey & O'Meara | Loan regarding Rental Property #2 | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | Amended 8/23/2004 |
| | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1, Tucson, AZ | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Tucson, AZ | C | Rent | L | W | | | | | |
| 3. Law Firm Work in Progress (monthly payments) | E | Distribution | M | W | | | | | |
| 4. Wells Fargo Accounts | A | Interest | J | T | | | | | |
| 5. Wells Fargo IRA | A | Dividend | J | T | | | | | |
| 6. AIG Common | A | Dividend | J | T | | | | | |
| 7. Caterpillar Common | A | Dividend | J | T | | | | | |
| 8. Freddie Mac Common | A | Dividend | J | T | | | | | |
| 9. General Electric Common | A | Dividend | J | T | | | | | |
| 10. Hartford Financial Svcs. Common | A | Dividend | | | Sold | 06/05 | J | A | |
| 11. Nokia Common | A | Dividend | | | Sold | 06/05 | J | A | |
| 12. Wells Fargo Common | A | Dividend | | | Sold | 07/14 | J | A | |
| 13. Centennial Money Market TR | A | Dividend | J | T | | | | | |
| 14. College Custodian Fund #2 | | | | | | | | | |
| 15. --American Nat'l Bank CD | A | Interest | | | Sold | 05/08 | J | | |
| 16. --Discover Bank CD | A | Interest | | | Redemption | 09/22 | J | | |
| 17. --Centennial Money Market TR | A | Dividend | K | T | | | | | |
| 18. --Income Fund of America    Class B Share | A | Dividend | | | Sold | 05/08 | J | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)    S = Assessment      T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | Amended 8/23/2004 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AG Edwards IRA | | | | | | | | | |
| 20. —Dell Common | A | Dividend | J | T | | | | | |
| 21. —AICBX Mutual Fund Class B | A | Dividend | K | T | | | | | |
| 22. —INTC Common | A | Dividend | J | T | | | | | |
| 23. —JNJ Common | A | Dividend | J | T | | | | | |
| 24. —AIEBX Mutual Fund Class B | A | Dividend | J | T | | | | | |
| 25. —Sprint Common (FON) | A | Dividend | J | T | | | | | |
| 26. Trust Company of Oklahoma Co-Executor of Estate | | | | | | | | | |
| 27. —Bank of Oklahoma Checking (X) | | None | J | T | Inherited | | | | |
| 28. —Tulsa Teachers CU Checking (X) | | None | J | T | Inherited | | | | |
| 29. —Ratheon New Stock (X) | | None | L | T | Inherited | | | | |
| 30. —U.S.Leasing International Bond (X) | | None | J | T | Inherited | | | | |
| 31. —Boeing Company Bond (X) | | None | J | T | Inherited | | | | |
| 32. —Countrywide Home Loan Bond (X) | | None | J | T | Inherited | | | | |
| 33. —American Express Bond (X) | | None | J | T | Inherited | | | | |
| 34. —Household Finance Bond (X) | | None | J | T | Inherited | | | | |
| 35. —Household Financial Bond (X) | | None | J | T | Inherited | | | | |
| 36. —International Lease Bond (X) | | None | J | T | Inherited | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | Amended 8/23/2004 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --Bear Sterns Bond (X) | | None | J | T | Inherited | | | | |
| 38. --American Gen. Finance Bond (X) | | None | J | T | Inherited | | | | |
| 39. --Commercial C edit Co. Bond (X) | | None | J | T | Inherited | | | | |
| 40. --Bankboston Bond (X) | | None | J | T | Inherited | | | | |
| 41. --Dayton Hudson-Target Bond (X) | | None | J | T | Inherited | | | | |
| 42. Raytheon New Stock | A | Dividend | | | Sold | 06/09 | K | A | |
| 43. U.S.Leasing International Bond | A | Interest | | | Redeem | 05/15 | J | A | |
| 44. Boeing Company Bond | A | Interest | | | Sold | 06/06 | J | A | |
| 45. Countrywide Home Loan Bond | A | Interest | | | Sold | 06/06 | J | A | |
| 46. American Express Bond | A | Interest | | | Sold | 06/06 | J | A | |
| 47. Household Finance Bond | A | Interest | | | Sold | 06/06 | J | A | |
| 48. Household Financial Bond | A | Interest | | | Sold | 06/06 | J | A | |
| 49. International Lease Bond | A | Interest | | | Sold | 06/06 | J | A | |
| 50. Bear Stearns Bond | A | Interest | J | T | | | | | |
| 51. American Gen. Finance Bond | A | Interest | J | T | | | | | |
| 52. Commercial Credit Co. Bond | A | Interest | J | T | | | | | |
| 53. Bankboston Bond | A | Interest | J | T | | | | | |
| 54. Dayton Hudson-Target Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | Amended 8/23/2004 <br> 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset exempt <br> from prior disclosure | B. <br> Income during <br> reporting period | | C. <br> Gross value at end of <br> reporting period | | D. <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e.g. <br> div. rent. or <br> int.) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e.g. <br> buy, sell, <br> merger, <br> redemption) | (2) <br> Date: <br> Month - <br> Day | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code <br> 1 (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 55. AEPGX | A | Dividend | J | T | Buy | 10/09 | J | | |
| 56. AGTHX | A | Dividend | J | T | Buy | 10/09 | J | | |
| 57. ANEFX | A | Dividend | J | T | Buy | 10/09 | J | | |
| 58. SMCWX | A | Dividend | J | T | Buy | 10/09 | J | | |
| 59. AWSHX | A | Dividend | J | T | Buy | 10/09 | J | | |
| 60. Bury, Moeller, Humphrey & O'Meara Profit Sharing Plan | F | Interest | O | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

Part VII.
Items 26 through 41 were inherited by reporter during reporting period and the estate closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___August 23, 2004___

NOTE: ANY INDIVID█████████ KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Bury, David C | 2. Court or Organization U.S. District Court - Arizona | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse 405 W. Congress, Suite 6170 Tucson, Arizona 85701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate of ██████████ |
| 2. | Partner | Rental Property #1 |
| 3. | Partner | Rental Property #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/02/02 | Bury,Moeller,Humphrey & O'Meara Profit Sharing Plan (no control) |
| 2. | 2000 | Moeller,Gage Employment Agreement (Monthly payments for interest in former law firm) |

RECEIVED MAY 24 10 48 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bury,Moeller,Humphrey & O'Meara | Loan regarding Rental Property #2 | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1, Tucson, AZ | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Tucson, AZ | C | Rent | L | W | | | | | |
| 3. Law Firm Work in Progress (monthly payments) | E | Distribution | M | W | | | | | |
| 4. Wells Fargo Accounts | A | Interest | J | T | | | | | |
| 5. Wells Fargo IRA | A | Dividend | J | T | | | | | |
| 6. AIG Common | A | Dividend | J | T | | | | | |
| 7. Caterpillar Common | A | Dividend | J | T | | | | | |
| 8. Freddie Mac Common | A | Dividend | J | T | | | | | |
| 9. General Electric Common | A | Dividend | J | T | | | | | |
| 10. Hartford Financial Svcs. Common | A | Dividend | J | T | Sold | 06/05 | J | A | |
| 11. Nokia Common | A | Dividend | J | T | Sold | 06/05 | J | A | |
| 12. Wells Fargo Common | A | Dividend | J | T | Sold | 07/14 | J | A | |
| 13. Centennial Money Market TR | A | Dividend | J | T | | | | | |
| 14. College Custodian Fund #2 | | | | | | | | | |
| 15. --American Nat'l Bank CD | A | Interest | J | T | Sold | 05/08 | J | | |
| 16. --Discover Bank CD | A | Interest | J | T | Redemption | 09/22 | J | | |
| 17. --Centennial Money Market TR | A | Dividend | K | T | | | | | |
| 18. --Income Fund of America    Class B Share | A | Dividend | J | T | Sold | 05/08 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  AG Edwards IRA | | | | | | | | | |
| 20.  --Dell Common | A | Dividend | J | T | | | | | |
| 21.  --AICBX Mutual Fund        Class B | A | Dividend | K | T | | | | | |
| 22.  --INTC Common | A | Dividend | J | T | | | | | |
| 23.  --JNJ Common | A | Dividend | J | T | | | | | |
| 24.  --AIEBX Mutual Fund        Class B | A | Dividend | J | T | | | | | |
| 25.  --Sprint Common (FON) | A | Dividend | J | T | | | | | |
| 26.  Trust Company of Oklahoma  Co-Executor of Estate | | | | | | | | | |
| 27.  --Bank of Oklahoma Checking (X) | | None | J | T | Inherited | | | | |
| 28.  --Tulsa Teachers CU Checking (X) | | None | J | T | Inherited | | | | |
| 29.  --Ratheon New Stock (X) | | None | L | T | Inherited | | | | |
| 30.  --U.S.Leasing International Bond (X) | | None | J | T | Inherited | | | | |
| 31.  --Boeing Company Bond (X) | | None | J | T | Inherited | | | | |
| 32.  --Countrywide Home Loan Bond (X) | | None | J | T | Inherited | | | | |
| 33.  --American Express Bond (X) | | None | J | T | Inherited | | | | |
| 34.  --Household Finance Bond (X) | | None | J | T | Inherited | | | | |
| 35.  --Household Financial Bond (X) | | None | J | T | Inherited | | | | |
| 36.  --International Lease Bond (X) | | None | J | T | Inherited | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
    (See Column C2)        U = Book Value        V = Other        W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Bury, David C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37.   —Bear Sterns Bond (X) | | None | J | T | Inherited | | | | |
| 38.   —American Gen. Finance Bond (X) | | None | J | T | Inherited | | | | |
| 39.   —Commercial Credit Co. Bond (X) | | None | J | T | Inherited | | | | |
| 40.   —Bankboston Bond (X) | | None | J | T | Inherited | | | | |
| 41.   —Dayton Hudson-Target Bond (X) | | None | J | T | Inherited | | | | |
| 42.   Raytheon New Stock | A | Dividend | K | T | Sold | 06/09 | K | A | |
| 43.   U.S.Leasing International Bond | A | Interest | J | T | Redeem | 05/15 | J | A | |
| 44.   Boeing Company Bond | A | Interest | J | T | Sold | 06/06 | J | A | |
| 45.   Countrywide Home Loan Bond | A | Interest | J | T | Sold | 06/06 | J | A | |
| 46.   American Express Bond | A | Interest | J | T | Sold | 06/06 | J | A | |
| 47.   Household Finance Bond | A | Interest | J | T | Sold | 06/06 | J | A | |
| 48.   Household Financial Bond | A | Interest | J | T | Sold | 06/06 | J | A | |
| 49.   International Lease Bond | A | Interest | J | T | Sold | 06/06 | J | A | |
| 50.   Bear Stearns Bond | A | Interest | J | T | | | | | |
| 51.   American Gen. Finance Bond | A | Interest | J | T | | | | | |
| 52.   Commercial Credit Co. Bond | A | Interest | J | T | | | | | |
| 53.   Bankboston Bond | A | Interest | J | T | | | | | |
| 54.   Dayton Hudson-Target Bond | A | Interest | J | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                    J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                                         P3 = $25,000,001-$50,000,000                              P4 = $More than $50,000,000
3. Value Method Codes         Q = Appraisal                R = Cost (Real Estate Only)    S = Assessment          T = Cash/Market
   (See Column C2)              U = Book Value              V = Other                            W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.  AEPGX | A | Dividend | J | T | Buy | | | | |
| 56.  AGTHX | A | Dividend | J | T | Buy | | | | |
| 57.  ANEFX | A | Dividend | J | T | Buy | | | | |
| 58.  SMCWX | A | Dividend | J | T | Buy | | | | |
| 59.  AWJHX | A | Dividend | J | T | Buy | | | | |
| 60.  Bury, Moeller, Humphrey & O'Meara Profit Sharing Plan | F | Interest | O | W | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                P3 = $25,000,001-$50,000,000                P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)    S = Assessment         T = Cash/Market
   (See Column C2)     U = Book Value     V = Other            W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bury, David C | 5/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII.
Items 26 through 41 were inherited by reporter during reporting period and the estate closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date____ 5/10/04 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544